STATE of Missouri, Respondent,

v.

**Tim L. LITTLE, Appellant.**

**No. WD 39024.**

Missouri Court of Appeals, Western District.

Oct. 6, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Application to Transfer Denied Jan. 20, 1988.

**690**

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of rape, § 566.030 RSMo 1986, sodomy, § 566.060 RSMo 1986, and sexual abuse in the second degree, § 566.110 RSMo 1986; and respective sentences of twelve years', eleven years' and one year's imprisonment and a fine of $1,000.

Affirmed. Rule 30.25(b).